# C. H. BROWN v. THOMAS KEARNS.[1]

### June 18, 1909.

### Nos. 16,129—(124).

Action in the municipal court of Winona to recover $70 for rent. From a judgment entered in favor of defendant, he appealed to the district court for Winona county where the case was tried before Snow, J., and a jury which returned a verdict in favor of defendant. From an order denying plaintiff's motion for judgment notwithstanding the verdict but granting a new trial, defendant appealed. Affirmed.

*W. T. Valentine*, for appellant.

*Tawney, Smith & Tawney*, for respondent.

PER CURIAM.

Plaintiff and respondent sought to recover from defendant and appellant $70, with interest, for rent. A jury in the municipal court, and upon appeal in the district court, returned a verdict for defendant and against plaintiff. The district court granted a new trial. The only question presented on appeal is whether it thereby abused its discretion. An examination of the record has satisfied us that no such abuse appears. It would serve no useful purpose to discuss at length the details of the facts, which involve no controversy of principle and which are of no general interest.

Affirmed.

[1] Reported in 121 N. W. 1133.